United States District Court
Northern District of California

1

2

3

4

5

6

7                                        NOT FOR CITATION

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   SON P. DANG,                                    Case No.  5:13-cv-04626 HRL

                     Plaintiff,
12                                                   **ORDER THAT CASE BE REASSIGNED**
            v.                                       **TO A DISTRICT JUDGE**
13

14   J.P. MORGAN ACQUISITION CORP;
     RESIDENTIAL CREDIT SOLUTIONS,
15   INC.; QUALITY LOAN SERVICE
     CORPORATION; MORTGAGE
16   ELECTRONIC REGISTRATION
     SYSTEMS; and All Persons Claiming Any
17   Legal or Equitable Right, Title, Estate, Lien,
     or Interest in the Property Described in the
     Complaint Adverse to Plaintiff's Title, or
18   Any Cloud on Plaintiff's Title Thereto; and
     DOES 1 through 10, inclusive,
19
                     Defendants.
20

21          On October 28, 2013, several defendants moved to dismiss and for a more definite

22   statement.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than

23   November 7, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2)

24   a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United

25   States District Judge.  Despite reminders from the court, not all parties have done so.

26   Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District

27

28

Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

2

5:13-cv-04626-HRL Notice has been electronically mailed to:

Christian Crutchfield Chapman    cchapman@amslca.com, ahernandez@amslca.com

David L. Chavez    dchavez@alvaradosmith.com, mschwark@alvaradosmith.com

Melissa Robbins Coutts    mcoutts@mccarthyholthus.com, cvnotice@mccarthyholthus.com, krincon@mccarthyholthus.com

5:13-cv-04626-HRL Notice sent by U.S. Mail to:

Son P. Dang
4134 Linetta Court
San Jose, CA 95148