1
2
3
4
5
6
7     NOT FOR CITATION
8     UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA
10

SON P. DANG,

    Plaintiff,

v.

J.P. MORGAN ACQUISITION CORP; RESIDENTIAL CREDIT SOLUTIONS, INC.; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and All Persons Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 5:13-cv-04626 HRL

**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**

On October 28, 2013, several defendants moved to dismiss and for a more definite statement. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than November 7, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District

Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 15, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04626-HRL Notice has been electronically mailed to:

Christian Crutchfield Chapman     cchapman@amslca.com, ahernandez@amslca.com

David L. Chavez     dchavez@alvaradosmith.com, mschwark@alvaradosmith.com

Melissa Robbins Coutts     mcoutts@mccarthyholthus.com, cvnotice@mccarthyholthus.com, krincon@mccarthyholthus.com

5:13-cv-04626-HRL Notice sent by U.S. Mail to:

Son P. Dang
4134 Linetta Court
San Jose, CA 95148

3