1  THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
2  DAVID L. CHAVEZ (CA Bar No. 117593)
dchavez@AlvaradoSmith.com
3  CATHERINE S. MEULEMANS (CA Bar No. 146276)
cmeulemans@AlvaradoSmith.com
4  ALVARADOSMITH
A Professional Corporation
5  235 Pine Street, Suite 1200
San Francisco, CA 94104
6  Tel:  (415) 624-8665
Fax:  (415) 391-1751
7

8  Attorneys for Defendants
JPMorgan Chase Bank, N.A. and
9  Mortgage Electronic Registration Systems

10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12

13  SON P. DANG,

14          Plaintiffs,

15  v.

16  J.P, MORGAN ACQUISITION CORP.;
RESIDENTIAL CREDIT SOLUTIONS, INC.;
17  QUALITY LOAN SERVICE CORPORATION;
MORTGAGE ELECTRONIC REGISTRATION
18  SYSTEMS; and All Persons Claiming Any Legal
or Equitable Right, Title, Estate, Lien, or Interest
19  in the Property Described in the Complaint
Adverse to Plaintiff's Title, or Any Cloud On
20  Plaintiff's Title Thereto and, DOES 1 through 10,
inclusive,
21

22          Defendants.

**CASE NO.:** CV 13-04626 TO Y

**JUDGE:** Ronald M. Whyte

**NOTICE OF WITHDRAWAL OF
REPRESENTATION; ORDER THEREON**

**ACTION FILED:**     October 7, 2013

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO

23

24

25

26

27

28

1    **PLEASE TAKE NOTICE** that AlvaradoSmith, APC, counsel for Defendants JPMorgan

2  Chase Bank, N.A., as successor in interest to EMC Mortgage LLC formerly known as EMC

3  Mortgage Corporation and erroneously sued as J.P. Morgan Acquisition Corp. ("JPMorgan") and

4  Mortgage Electronic Registration Services ("MERS" and collectively "Defendants") hereby

5  withdraws as counsel of record for JPMorgan and MERS.  The original Notice of representation was

6  made in error.  JPMorgan and MERS are represented by AMSL Legal Group, LLP.

7

8  DATED:  November 15, 2013                  Respectfully Submitted,

9                                             ALVARADOSMITH
                                              A Professional Corporation
10

11                                                  */s/ David L. Chavez*
                                              By:_____
12                                                  THEODORE E. BACON
                                                    DAVID L. CHAVEZ
13                                                  CATHERINE S. MEULEMANS
                                                    Formerly Attorneys for  Defendants
14                                                  JPMorgan Chase Bank, N.A. and Mortgage
                                                    Electronic Registration Services
15

16  DATED:  November 15, 2013                  Respectfully Submitted,

17                                             AMSL LEGAL GROUP, LLP

18

19                                                  */s/ Chris C. Chapman*
                                              By:_____
20                                                  STARLET J. JAPP
                                                    CHRIS C. CHAPMAN
21                                                  Attorneys for  Defendants
                                                    JPMorgan Chase Bank, N.A., Residential Credit
22                                                  Solutions, Inc. and Mortgage Electronic
                                                    Registration Services
23

24  **SO ORDERED:**

25

26  DATED:  _____          By:_____
27                                                  JUDGE OF THE U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF
28                                                  CALIFORNIA

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SAN FRANCISCO